PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Heath Adam Fiebert                           Cr.: 04-00385-001

Name of Sentencing Judicial Officer: U.S. District Judge Faith S. Hochberg

Date of Original Sentence: 05/11/06

Original Offense: Possession of a Computer that Contained at Least Three Images of Child Pornography in violation of Title 18 U.S.C. § 2252(a)(5)(B), a Class C felony.

Original Sentence: 25 months imprisonment with three years of supervised release to follow. Special conditions for no contact with children of either sex under the age of 18, computer monitoring and computer search, mental health/sex offender treatment, compliance with state sex offender registration laws and DNA.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 10/30/06

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the probation officer, to assist in treatment, planning, and case monitoring. The defendant will be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

## CAUSE

The use of the polygraph is a tool that will assist with monitoring the offender's treatment and is also utilized as an aid to relapse prevention. This is a periodic examination conducted to monitor a sex offender's compliance with the special conditions as set forth by the Court.

Respectfully submitted,

*Janice Fink*

By: Janice L. Fink
Senior U.S. Probation Officer

Date: 11/30/06

PROB 12B - Page 2
Heath Adam Fiebert

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify
### Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

*The defendant shall submit to an initial polygraph examination and subsequent maintenance testing at intervals to be determined by the probation office, to assist in treatment, planning, and case monitoring. The defendant will be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.*

Witness: _____  Signed: _____
Senior U.S. Probation Officer             Supervised Releasee
Janice L. Fink                            Heath Adam Fiebert

_____
DATE  11/8/06